# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Andy Humphrey,<br><br>    Plaintiff,<br><br>v.<br><br>MiraMed Revenue Group, LLC<br><br>    Defendant. | Case No. 1:14-cv-0376 |

## STIPULATION OF DISMISSAL

The parties stipulate to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

                                              RESPECTFULLY SUBMITTED,
                                              Hyslip & Taylor, LLC LPA

                                              By: /s/ Mark T. Lavery
                                              One of Plaintiff's Attorneys

Mark T. Lavery
917 W. 18th St., Suite 200
Chicago, IL 60608
312-380-6110
mark@lifetimedebtsolutions.com

                                              Giarmarco, Mullins & Horton, P.C.

                                              By: /s/ Elizabeth Favaro
                                                 One of Defendant's Attorneys

Elizabeth Favaro
Giarmarco, Mullins & Horton, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan 48084-5280