# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Andy Humphrey | ) | Case No: 14 C 3765 |
| | ) | |
| v. | ) | |
| | ) | Judge: John W. Darrah |
| Miramed Revenue Group, LLC | ) ) | |

## **ORDER**

Pro hac vice motion is granted [7]. A stipulation of dismissal having been filed, this case is hereby closed.

Date: 7/24/14                                                                                          /s/ Judge John W. Darrah